IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:13CR-453 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FRANKLIN ANSU, | ) | |
| | ) | |
| Defendant. | ) | |

**FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
APR 0 2 2014
OFFICE OF THE CLERK**

This matter is before the Court pursuant to the Defendant's Motion for Pre-Proceeding Document Production pursuant to Rule 17.1 of the Nebraska Criminal Rules. IT IS ORDERED:

1. The Motion is granted as provided herein;
2. The United States District Court Clerk is ordered to issue subpoenas duces tecum in the above-captioned matter to the following: Air Force Recruiting Service, Social Security Administration, Nebraska Department of Labor, Minnesota Department of Employment and Economic Development (DEED), Bellevue Police Department, and Sarpy County Sheriff.

DATED this 2 day of April, 2014.

BY THE COURT:

_____
United States ~~District~~ Magistrate Judge  F.A.Gossett

subpoenas issued on 04/02/14