IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )          8:13CR453
                                )
     v.                         )
                                )
FRANKLIN ANSU,                  )          ORDER
                                )
            Defendant.          )
_____)
```

This matter is before the Court on defendant's objection (Filing No. 23) to the magistrate judge's order (Filing No. 20), which denied defendant's motion to sever (Filing No. 16). The Court has reviewed the motion, the briefs of the respective parties, and the order of the magistrate judge, and finds the objection should be overruled. Accordingly,

IT IS ORDERED:

1) Defendant's objection to the magistrate judge's order to sever is overruled.

2) Trial of this matter is scheduled for:

**Tuesday, July 8, 2014, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. This will give the parties time to prepare for trial or pursue plea negotiations, and will accommodate the schedule of the Court. The ends of justice will

be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between May 19, 2014, and July 8, 2014, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 19th day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court