IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )        8:13CR453
                             )
      v.                     )
                             )
FRANKLIN ANSU,               )        ORDER
                             )
              Defendant.     )
_____)
```

      This matter is before the Court on defendant's motion to continue trial (Filing No. 33). The Court notes plaintiff has no objection and defendant will be filing a written waiver of speedy trial. Accordingly,

      IT IS ORDERED that defendant's motion to continue trial is granted. Trial of this matter is rescheduled for:

**Monday, August 11, 2014, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. This will give the parties time to prepare for trial or pursue plea negotiations, and will accommodate the schedule of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between July 8, 2014, and August 11, 2014, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 28th day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court