IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR453 |
| | ) | |
| v. | ) | |
| | ) | |
| FRANKLIN ANSU, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for permission to seal (Filing No. 42).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion is granted; the exhibit list for sentencing and the attached exhibits shall be sealed, pending further order of the Court.

DATED this 21st day of October, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court